K. TESS DAVIS (15831)
JASON L. DEFOREST (14628)
Assistant Attorneys General
1594 W. North Temple, Suite 300
Salt Lake City, UT 84116
kaitlindavis@agutah.gov
jdeforest@agutah.gov

DEREK BROWN (10476)
UTAH ATTORNEY GENERAL
1594 W North Temple
Salt Lake City, UT 84116
(801) 537-7227

*Attorneys for Plaintiff*

ADAM R. F. GUSTAFSON, Principal Deputy Assistant Attorney General
JOSEPH H. KIM, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0207

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SANPETE COUNTY, UTAH, a political subdivision, and STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 2:12-cv-00430-CW<br><br>**JOINT MOTION FOR ENTRY OF SETTLEMENT CONFIDENTIALITY PROTECTIVE ORDER, AND [PROPOSED] ORDER** |

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Rule 7-1, Plaintiffs Sanpete County and the State of Utah, and Defendant United States (collectively "the Parties"), jointly request that this Court approve and enter their proposed Order Protecting Confidentiality of Settlement Discussions ("Proposed Settlement Confidentiality Protective Order") as an Order in this case. The grounds for this joint motion are as follows:

1. Plaintiff filed this action in 2012, seeking to quiet title to certain claims for R.S. 2477 rights-of-way within Sanpete County.

2. The Parties intend to engage in settlement discussions and analyses that may help resolve some or all of Plaintiffs' claims without the need for further protracted litigation.

3. In order to facilitate these settlement discussions, the Parties agree their settlement communications should be conducted with the clear, explicit, and mutual understanding that all of the settlement communications, whether written or oral, will be kept confidential and will not be released to any other person or entity, except as provided in the Proposed Settlement Confidentiality Protective Order.

4. The Parties also agree that, in furtherance of their agreement regarding the confidentiality of their settlement communications, they will clearly mark all written communications relating to their settlement discussions with the label or endorsement "Confidential Settlement Discussions and Communications—Do Not Disclose."

5. The Parties further agree that, as to their settlement discussions, their ability to resolve Plaintiffs' claims in an efficient manner will be significantly diminished if the Parties cannot rely on the expectation that all of their settlement communications will be kept confidential.

6. Given the foregoing agreement, the Parties jointly request that this Court approve and enter their Proposed Settlement Confidentiality Protective Order as an Order of the Court.

7. This Court's approval and entry of the Proposed Settlement Confidentiality Protective Order will not cause undue harm or prejudice to the rights and interests of the Parties or affect any other pending deadlines in this case. Due to the large number of similar claims pending in related cases before this Court, this case is largely stayed under a consolidated case management order, with an exception for preservation depositions. *See, e.g.*, Dkt. No 61. Rather, granting this joint motion will promote judicial economy and efficiency because it will enable the Parties to conduct their settlement communications without undue concern about settlement confidentiality. By contrast, the denial of this joint motion will adversely affect the Parties' ability to communicate fully, frankly, and expeditiously with each other, and may inhibit the ability of the Parties to resolve claims without the need for further protracted litigation.

Respectfully submitted this 7th day of July, 2026,

/s/ *Jason L. DeForest*
K. TESS DAVIS (15831)
JASON L. DEFOREST (14628)
Assistant Attorneys General
1594 W. North Temple, Suite 300
Salt Lake City, UT 84116
kaitlindavis@agutah.gov
jdeforest@agutah.gov

*Attorneys for Plaintiffs State of Utah and Sanpete County*

ADAM R. F. GUSTAFSON,
Principal Deputy Assistant Attorney General

*/s/ Joseph H. Kim (by Jason L. DeForest pursuant to written authorization on July 7, 2026)*
JOSEPH H. KIM, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0207

*Attorneys for Defendants*