IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SANPETE COUNTY, UTAH, a political subdivision, and STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:12-cv-00430-CW |

**AFFIDAVIT OF CONFIDENTIALITY**

STATE OF ___________________________,

1. My name is ______________________. My home or office address is __________________________. I am serving as ______________________, and, in that capacity, I (describe work function) in or relating to the above-captioned case.

2. I certify that I have read and understood the entire Settlement Confidentiality Protective Order, which is attached hereto and incorporated herewith as Exhibit A. I agree to undertake and abide fully and completely by the terms of the Settlement Confidentiality Protective Order.

3. In particular, and without limitation of the foregoing, I recognize that the Confidential Settlement Communications to which I have access as part of my work relating to this case may contain privileged proprietary information; I shall keep confidential the Confidential Settlement Communications and the information contained thereto; I shall not disclose to, reveal to, or discuss with any person, in any way, any Confidential Settlement Communications, or the information contained therein, other than as authorized by the attached

Settlement Confidentiality Protective Order; and I shall not use the Confidential Settlement Communications, or the information contained therein, for any purpose, except as authorized by the Settlement Confidentiality Protective Order.

4. I agree that, upon (a) the final termination of the above-captioned case, or (b) the conclusion of my involvement with the above-captioned case, whichever occurs first, I shall execute an affidavit certifying that I have returned, destroyed, or employed reasonable measures to delete, degauss, or overwrite all such Confidential Settlement Communications, except as authorized by the Settlement Confidentiality Protective Order.

5. I understand that, if I disclose or reveal any Confidential Settlement Communications, or the information contained therein, in violation of the attached Settlement Confidentiality Protective Order, I may be subject to all applicable sanctions, including the penalties imposed by the Court for contempt.

______________________________
(NAME OF AFFIANT)

SWORN TO AND SUBSCRIBED BEFORE ME,

THIS _____ DAY OF _________________, ______,

_______________________
NOTARY PUBLIC